Same case below, 592 F.3d 1201.

**No. 10-119. Leo Stoller, Petitioner v. United States Court of Appeals for the Seventh Circuit; Leo Stoller, Petitioner v. Google, Inc.; Leo Stoller, Petitioner v. Pure Fishing, Inc.; and Leo Stoller, Petitioner v. William T. Neary.**

562 U.S. 894, 131 S. Ct. 392, 178 L. Ed. 2d 144, 2010 U.S. LEXIS 6296.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-121. Linda Lou Stem, et al., Petitioners v. Iris Edwards Wix, et al.**

562 U.S. 894, 131 S. Ct. 299, 178 L. Ed. 2d 144, 2010 U.S. LEXIS 6054.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Tennessee, Middle Division, denied.

Same case below, 316 S.W.3d 599.

**No. 10-123. Brian J. Newmark, Petitioner v. United States.**

562 U.S. 894, 131 S. Ct. 299, 178 L. Ed. 2d 144, 2010 U.S. LEXIS 6148.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 374 Fed. Appx. 279.

**No. 10-124. Michael Tully, Petitioner v. Paul Barada, et al.**

562 U.S. 894, 131 S. Ct. 299, 178 L. Ed. 2d 144, 2010 U.S. LEXIS 6289.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 599 F.3d 591.

**No. 10-126. Media Technologies Licensing, LLC, et al., Petitioners v. The Upper Deck Company, et al.**

562 U.S. 894, 131 S. Ct. 305, 178 L. Ed. 2d 144, 2010 U.S. LEXIS 6446.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 596 F.3d 1334.

**No. 10-128. Daniel Ray Unger, Petitioner v. Greg Taylor, Sheriff, Anderson County, Texas, et al.**

562 U.S. 894, 131 S. Ct. 305, 178 L. Ed. 2d 144, 2010 U.S. LEXIS 6158.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 368 Fed. Appx. 526.

**No. 10-132. Willie L. Glenn, as Personal Representative of the Estate of Lester Zachary, et al., Petitioners v. City of Columbus, Georgia, et al.**

562 U.S. 895, 131 S. Ct. 319, 178 L. Ed. 2d 144, 2010 U.S. LEXIS 6307.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 375 Fed. Appx. 928.